FILED12 APR '15 16:23USDC-ORP

Raymond Baldwin, Private Attorney General
210 S. Elm St.
Canby 97013
OREGON, USA

In Propria Persona
Sui Juris

## United States District Court

## District of Oregon

## Portland Division

| | |
|---|---|
| People of the Republic of Oregon, Crystal Baldwin; ) | **CIVIL ACTION** No:  3'16 CV 00109 PK |
| Raymond Lee Baldwin PAG; Class; ) | |
| Private Attorney General, ) | **NOTICE OF MOTION AND** |
| 210 Elm St. Canby, Oregon, 97013, ) | **MOTION FOR PROTECTION ORDER** |
| Phone: (971) 235-9032, ) | **SUA SPONTE:** |
| Petitioner(s), ) | |
| v., ) | 18 U.S.C. 4; 18 U.S.C. 1514 (b) (1); |
| Barbie (Last name unknown), Clackamas County ) | 18 U.S.C. 3771; Supremacy Clause. |
| Deputy Clerk, 1710 Red Soils Ct. #110 Oregon City | |
| Oregon 97045 [individual and official capacity] | |
| Phone: (503)  655-8551; | |
| Janice (last name unknown) Clackamas County | |
| Deputy Clerk, 1710 Red Soils Ct. #110 Oregon City | |
| Oregon 97045 [individual and official capacity] | |
| Phone: (503)  655-8551; | |
| And all remaining Deputy Clerks, agents of, of | |
| Clackamas County Clerk's office of and in the | |
| State of Oregon [individual and official capacities]; | |
| And ALL remaining Counties of and in the State of | |
| Oregon, ALL County Clerks their Deputy Clerks and | |
| agents of [individual and official capacities] | |

Sherry Hall Clackamas County Clerk, 1710 Red
Soils Ct. #110 Oregon City Oregon 97045
[individual and official capacity]
Phone: (503) 655-8698;

Jeanne Atkins, Oregon Secretary of State, 136 State
Capitol Salem Oregon 97310-0722
[individual and official capacity]
Phone: (503) 986-1523;

Kate Brown Governor of Oregon 160 State Capitol
900 Court St. Salem Oregon 97301-4047
[individual and official capacity]
Phone: (503) 378-4582,

                    Defendant(s)/Respondent(s)

**COMES NOW** the united states ex rel. [stemming from the above captioned case of which came from USDC case number 15 MC 604] Raymond Lee Baldwin, Natural Born Common Law Citizen of The Republic of Oregon (<u>expressly not a federal citizen</u>), private Attorney General, hereinafter PAG,.. (*under <u>Congressional authority</u> – see **DECLARATION OF STATUS**) under Civil RICO and Agent (de facto) under Title 18 Section 4 and Congressional authority as "private prosecutor" who has brought or is bringing forth this criminal complaint, on information. Acts done to this PAG and to the United States of America. And it is unknown how many other such litigants this FEDERAL OFFICER of the COURT has done the same to, or other acts, and caused or may have caused them to stop their pursuit or stopped them from bringing forth such a criminal complaint.. i.e. inform and/or as witness to.. to this court's attention. Such as Obstruction of Justice*) …of the United States under the 18 U.S.C. 4; False Claims Act; & RICO to petition this Court for a protective order, as authorized, for a preponderance of reasons including but not limited to those considered in the following Discussion, taken together with this Intervenors (**FIRST CRIMINAL COMPLAINT ON INFORMATION**) and all other pleadings previously filed (in conjunction with the Original Title 18 complaint) by this party PAG and incorporated by reference as if set forth fully here.

TRUE COPIES OF ORIGINALS attached hereto for this Courts convenience and will provide to any concerned party(s) to this complaint case issue of which brought this Notice/Motion, only upon written request and at cost:

## ATTACHMENTS

1) Plaintiff's First Criminal Complaint on Information;
2) ORIGINAL Title 18 complaint;
3) USMS PROCESS SERVICE FOR 16 CV 00109 PK;
4) RECEIVED USMS FORM(S) – 285 both Green page 5, and Yellow page 3 – copies of;
5) PLAINTIFF'S NOTIFICATION OF SERVICE OF SUMMONS COMPLETED;

[For copies of any other filings, documents already entered into the record that may be needed please refer to the record.]

The federal statute at 18 U.S.C. 1514 (b) (1) authorizes this Court, upon its own motion ("sua sponte") to issue a protective order prohibiting harassment of a victim or witness in a federal <u>criminal case or investigation</u>, if the Court, after a hearing, finds by a preponderance of the evidence that:

(a) Harassment of an identified victim or witness in a federal criminal case or investigation exists; or,
(b) Such an order is necessary to prevent and restrain offenses under [18 U.S.C.] section 1513 (Retaliating against a <u>witness</u>, <u>victim</u>, or <u>informant</u>).

At 18 U.S.C. 1514(d) (1) (B), the word "harassment" is expressly defined by Act of Congress as follows:
The term "harassment" means a serious act or course of conduct directed at a specific person that—
(i)   Causes substantial emotional distress is such a person; and,
(ii)  Serves no legitimate purpose ….

Similarly, "serious act" is also expressly defined by Congress at 1514(d) (1) (F):
The term "serious act" means a single act of threatening, retaliatory, harassing, or violent conduct that is reasonably likely to influence the willingness of a victim or a witness to testify or participate in a Federal criminal case or investigation …

"Course of conduct" is also expressly defined by Congress at 1514(d) (1) (A):
The term "course of conduct" means a series of acts over a period of time, however short, indicating a continuity of purpose …

"Specific person" is also expressly defined by Congress at 1514(d) (1) (G):
The term "specific person" means a victim or witness in a Federal criminal case or investigation, and including as immediate family member of such a victim or witness.

And, the above terms combine to define "intimidation" at 1514 (d) (1) (D):

The term "intimidation" means a serious act or course of conduct directed at a specific person that - -
    (i)    Causes fear or apprehension in such person; and,
    (ii)    Serves no legitimate purpose …

Accordingly, the verified facts already found in this Court's official records, and in the docket as already incorporated by reference, call for the conclusions that:

(1) As a documented victim, qualified Federal witness and Civil RICO/Title 18 sect. 4 investigator, this party PAG has suffered serious act(s) of harassment (as defined above), including but not limited to a course of conduct with a continuity of purpose (constructive willfulness) to cause substantial emotional distress, fear and apprehension, by means of: <u>unlawful practice of law</u> [US Deputy Marshal Brian Kelly acting as an attorney; not a member of the BAR; no credentials as – certificate of Oath – certificate of good standing – or a license to practice law] in order to get this party PAG to drop the Civil Action against the Defendants (to search for another remedy besides this court action) in the above captioned case;

(2) As a documented victim, qualified Federal witness, and Civil RICO/ Title 18 sect. 4 investigator, party PAG has also suffered serious acts of intimidation (as defined above), including but not limited to a course of conduct with a continuity of purpose to cause substantial emotional distress, fear and apprehension by means of malicious and selective prosecution, vicious defamation per se, elder abuse, spoken threats of forced and involuntary confinement, by US Deputy Marshal Brian Kelly through unwarranted/ <u>unlawful investigational interrogation</u> tactics (questioning ALL issues in the case the who – what – where – when – and why and what relief sought, and about associations with people and organizations) as such as to the <u>obstruction of justice</u> and as in giving <u>aid and comfort</u> to the Defendants and their cohorts of the above captioned case. Of which has greatly interfered with and/or caused to be interfered with this party PAG's livelihood, daily course of life, liberty, pursuit of happiness; of which he is to be safeguarded in his person, papers, and property by such an Officer of the Court. See DUTIES of a US Deputy Marshal.

All of the above are serious acts and were/are retaliatory in nature, harassing, and intimidation of a victim – witness – informant that was committed in constructive willfulness, intentional, premeditation, in such a way as to be considered a hate crime (as being a Private attorney General – a Common Law Citizen – and Natural Born a Sovereign. For when US Deputy Marshal Brian Kelly read this on the face of the Civil Complaint to be served he did immediately became aggressively boisterous and angry…"I will not serve this! I will not accept this!"… please see "original Title 18 complaint), and such conduct is or was likely to influence a victim or witness' willingness to testify and to participate as a witness, in a Federal criminal case, a civil rights action, and/or in an ongoing Federal investigation, such as investigating into this Title 18 complaint or that of missing, counterfeited or altered, and/or defective……

> ....credentials and other records of which are required by law to be placed and recorded of any federal officers and employees as well as State officers and employees, and as well any federal – state – county – or municipal agencies its officers and employees or agents thereof, and as to the "PUBLIC RECORD" (access to) do have a DUTY to so do. See the above captioned case issues of which brought this Party PAG into this United District Court - - District of Oregon - - Portland Division.

31 U.S.C. § 3729. While the False Claims Act imposes liability only when the claimant acts "knowingly," it does not require that the person submitting the claim have actual knowledge that the claim is false. A person, who acts in reckless disregard or in deliberate ignorance of the truth or falsity of the information, also can be found liable under the Act. 31 U.S.C. 3729(b).
[also see 18 U.S.C. 1622 *"subornation of perjury"*; 1501 *"obstruction of justice"*; 18U.S.C. "extortion and threats"; 18 U.S.C. *"fraud and false statements'*; and 18 U.S.C. *"false personation"*]

Furthermore, <u>RETALIATION</u> is violations of 18 U.S.C. 1513 are also RICO "predicate acts" as defined by Congress at 18 U.S.C. 1961(1) (B). Only two (2) such predicate acts during any given 10 – year period of time constitute a *"pattern of racketeering activity"* as defined by Congress at 18 U.S.C. 1961(5).

The sheer number of RICO predicate acts and Title 18 violations that this party PAG endured - - after voluntarily opting to hire the United States Marshal Service to be the *"process server"* in their professional capacity as Federal Officers of the Court, in such a relatively short period of time (roughly 1 & 3/4 hrs. time of interrogation, harassment, badgery, threats and intimidation and the unlawful practice of law (advisement/counseling in the law) by US Deputy Marshal Brian Kelly (in and of his individual and official capacity under the color of law) is quite notorious in its nature and such conduct <u>IS</u> unbecoming of an officer of this court or any other court.

Although it was never codified anywhere in the U.S. Code, the RICO laws, as follows:

> The provisions of this title shall be liberally construed to effectuate its remedial purposes. P.L. 91-452, 84 Stat. 947, October 15, 1970 (cf. Notes under 18 U.S.C. 1961)

In conclusion, a prompt protective and restraining ORDER is justified and necessary to <u>prevent and restrain</u> any and all further title 18 U.S.C. violations (or of any other acts) directed at this party PAG, his property, person, papers, or Family – Body but not limited to, regardless of the source(s) or motive(s) of these misdemeanors and felony violations from happening again or further violations of similar and/or in escalation of such acts that he, US Deputy Marshal Brian Kelly, did commit and/or may yet commit due to this Title 18 complaint (or cause to have committed by his fellow brother(s)/sister(s) do in his name).

The Court should not stop here, however. In point of well documented and established facts, the criminal acts of US Deputy Marshal Brian Kelly can not be tossed or ignored as to qualified immunity: for a competent official should know the law governing his conduct.....and...qualified immunity defense fails if the official violates clearly establish **RIGHTS**.
[and quite possibly other US Deputy Marshals [ witnesses to or in collusion with] such as US Deputy Marshal name unknown Badge # 3620; US Deputy Marshal Badge # 4656; Debra S. Boyd (see title 18 complaint, original and corrected), in collusion or in giving AID AND COMFORT [ for giving aid and comfort is what it seams that Marshal Kelly was/did do for the Defendant(s) of the above captioned case, directed against this party PAG began in earnest when he did hire the USMS as professionals in the law getting paid as professionals in the law as officers of this court.]

For purpose of justifying a protective order sua sponte, this party PAG's Civil case and the Title 18 sect. 4 complaint, filed in this US District Court, with numerous exhibits, does catalog for the record many of the "predicate acts" which had already occurred by that time. Also see , as per the record states in this party PAG's affidavit in the "original Title 18 complaint", a video and a voice record of the events are still at the security of this building, Mark Hatfield.

I, Raymond Lee Baldwin, therefore submit what should now be painfully obvious:

his ongoing investigation into the "PUBLIC RECORD" Access of and of missing, altered, counterfeited, and defective credentials/ documents that were and are required by law of federal, State, County, Municipal government(s), agencies of, officials, officers and employees thereof, is the single most powerful legal theory and hypothesis explaining the bulk of all the criminal retaliations he has suffered and still may yet to suffer of and/or worse if he continues onward without a protection order (of which is my intention to so do, continue on). To this date this party PAG, to his knowledge, not one single suspect has been indicted or prosecuted concerning the issues listed herein.

## REMEDIES REQUESTED

I, Raymond Lee Baldwin, party PAG now submits that more than sufficient justification exists for a prompt protective ORDER detailing, at a minimum, each of the following elements for his benefit:

(1) This party PAG's person, property, papers, and the entire Family – Body Baldwin and their person(s), property(s), paper(s), are secured and safeguarded from such acts of RETALIATION, threats and intimidation (or worse) in the future but not limited to just such acts;

(2) A guarantee that this party PAG and his Family – Body Baldwin are safeguarded in his and their Constitutionally protected RIGHTS and concerning being able to TRAVEL to and fro unfettered and unencumbered (as is his, their RIGHT) without harassment, intimidation, retaliation, or the fear of, no matter where he or they TRAVLE to and fro within the Republic of Oregon, the States several, of and in the United States of America and its territories;

(3) The handing over of the Title 18 Complaint with its filings for the appointment of a competent, capable, and qualified Federal Prosecutor experienced and zealous in Civil Rights and Criminal law to represent the People of the Republic of Oregon, of the States several of and in the United States of America, and the United States of America for criminal investigation and the prosecution (through such investigation finds there enough evidence on the preponderance to go to the Grand Jury for indictment) of officials named herein (by election – appointment – or by and through civil service exams) and its officers of these acts so listed herein and/or in the Title 18 complaint already filed in this Honorable court, and others whoever they may be that are found to be in connection with such acts or other criminal acts yet to be discovered through such an investigation;

(4) A preliminary injunction enjoining and restraining ALL Federal, State, County, and Municipal Law Enforcement Officers of these courts and officials Federal, State, County, or Municipal governments from committing/ doing such acts and to ABIDE AND UPHOLD their respective OATHS of office, thereby the enforcement of said officers and officials in their respective DUTIES; To abide and uphold the Constitution of the United States of America, the States several of and in the United States of America (the supreme law of the land) and all Congressional Acts/Laws of which are mandates;

(5) A preliminary injunction enjoining and restraining ALL Federal, State, County, and Municipal Law Enforcement Officers of these courts and officials Federal, State, County, or Municipal governments from committing ANY AND ALL further forms of  influence, harassment, intimidation, retaliation, obstruction of justice of this party PAG, Raymond Lee Baldwin, in the USDC or in any other court within these the United States of America in the above captioned case or any other that may come, or is yet to come;

(6) A preliminary injunction enjoining and restraining ALL Federal, State, County, and Municipal Law Enforcement Officers of these courts and officials Federal, State, County, or Municipal governments from committing ANY AND ALL further forms of influence, harassment, intimidation, obstruction of justice or obstructing this party PAG's Family – Body Baldwin to safeguard them from being used in such a way against this party PAG as in the attempt of extortion of the Family - Body Baldwin members and used as tools against this party PAG from moving forward in any case let alone this case and any other subsequent Title 18 complaint and/or civil action that may come or is yet to come;

(1) The suspension of US Deputy Marshal Brian Kelly Badge number unknown (and any other official or officer of this Honorable Court found in collusion/ connected to this complaint), from active duty until such a time as he (they) is (are) exonerated and for his (their) permanent dismissal from the USMS if found guilty or pleads guilty to the same or lessor;

(2) An emergency stipend of $15,000 up to $20,000 USD to commence/facilitate this party PAG's immediate rehabilitation in order to continue with this case issue and the Civil Action captioned above with the continuation of its ongoing investigation(s) old and new, and for: food, shelter, clothing, operation of computer and telecommunications equipment, internet connection – Et. Cetera;

and/or,

> Award this party PAG court costs and attorney fees concerning this Title 18 complaint only [separate and exclusive from the court cost and attorney fees of the above captioned case, of which is still active and yet to be decided].

(3) Any and all other appropriate relief which this Honorable Court deems just and proper for purposes of issuing a completely satisfactory protective ORDER sua sponte in this case.

The above elements are really not too much to ask, given the severity of this party PAG's suffering he was forced to endure, and is still under threat of (he feels under threat each day of the same) - - for research, writing, taking care of my adult children and grandchildren of which are under this party PAG's guardianship - - court activism - - none of which never injured anyone or damaged any property.

Thank you for your professional consideration.

Dated:

Sincerely yours, *[signature: Raymond Lee Baldwin]*

/s/ Raymond Lee Baldwin, private Attorney General

In Propria Persona
Sui Juris

(cf. UCC 1-308; UCC 1-207 OLD)

I, Raymond Lee Baldwin, Private Attorney General and private prosecutor, do HEREBY SWEAR that ALL statements herein above are TRUTHFULL, FACTUAL, SWORN TESTIMONY before GOD as stated as I know and NOW believe; and that ALL copies attached hereto are TRUE copies of the originals.

So say I, Raymond Baldwin PAG, this _12_ day of _April_____ in the year of Our Lord Two-thousand and sixteen (2016).

Signature: _Raymond Baldwin_   Date: _4/12/16_

**NOTARY; SEAL OF**

IN THE STATE OF _Oregon_____,

IN THE COUNTY OF _Clackamas_____, IN THE CITY OF _Oregon City_____,

I, _Kristina Karr_____, a Public Notary of _State of Oregon_____, thereof do hereby certify the Citizen above named has sworn to the contents of this DOCUMENT, INSTRUMENT, and that same is TRUE AND CORRECT. IN THE TESTIMONY WHEREOF, I have hereto set my hand and affixed the SEAL of NOTARY, in the City of _Oregon City_____, in the County of _Clackamas_____, in the State of Oregon this _12th_ day of _April_____, A.D. _2016_.

_Kristina Karr_
Signature of Notary

SEAL OF NOTARY

OFFICIAL STAMP
KRISTINA ANN KARR
NOTARY PUBLIC - OREGON
COMMISSION NO. 941304
MY COMMISSION EXPIRES JULY 27, 2019

## CERTIFICATE OF VERIFICATION

I, Raymond Baldwin (PAG), first being duly sworn, say that I am a plaintiff in this action and that ALL information, statements, and copies Attached hereto in the foregoing *NOTICE* is TRUE to the best of my knowledge and belief.

*/s/ Raymond Baldwin*

Raymond Baldwin, PAG

## CERTIFICATE OF SERVICE

I, Raymond Baldwin PAG, do hereby Certify that I DID/HAVE HAD a TRUE copy of the following (listed below), served upon the Party(s) listed below, at their address' known to me for such Party(s) in the manner described counsel of Defendants until court decides that by sending such copies to them does not constitute interference in a plausible forth coming federal investigation, for there may be a connection. But copies are being sent to the federal officials listed below as required.

TRUE COPIES OF:

1. This **NOTICE OF MOTION AND MOTION FOR PROTECTION OREDER with attachments**

Parties:     <u>Clackamas County Defendants</u>

    a. Barbie (Last name unknown), Clackamas County Deputy Clerk, 1710 Red Soils Ct. #110 Oregon City Oregon 97045 [individual and official capacity] Phone: (503) 655-8551;

    b. Janice (last name unknown) Clackamas County Deputy Clerk, 1710 Red Soils Ct. #110 Oregon City Oregon 97045 [individual and official capacity] Phone: (503) 655-8551;

    c. { And all remaining Deputy Clerks, agents of, of Clackamas County Clerk's office of and in the State of Oregon [individual and official capacities]; And ALL remaining Counties of and in the State of Oregon, ALL County Clerks their Deputy Clerks and agents of [individual and official capacities];

      d.  Sherry Hall Clackamas County Clerk, 1710 Red Soils Ct. #110 Oregon City Oregon 97045
[individual and official capacity]
Phone: (503) 655-8698;

### State Defendants

      e.  Jeanne Atkins, Oregon Secretary of State, 136 State Capitol Salem Oregon 97310-0722
[individual and official capacity]
Phone: (503) 986-1523;

      f.  Kate Brown Governor of Oregon 160 State Capitol 900 Court St. Salem Oregon 97301-4047
[individual and official capacity]
Phone: (503) 378-4582

[NOTE: NO COPIES SENT TO THOSE LISTED IN SUBSECTION "C" ABOVE]

True Copies sent in addition to:

### Counsel for State Defendants

Ellen F. Rosenblum Attorney General, 1162 Court Street NE Salem, Oregon 97301-4096

Solicitor General, 1162 Court Street NE Salem, Oregon 97301-4096

Jesse B. Davis, Oregon Department of Justice 1515 SW 5th Ave. Suite 410, Portland, Or. 97201

ALL State Defendants served by way of their Attorney/ Attorneys of the record at the addresses so listed above;

### Counsel for Clackamas County Defendants

Stephen L. Madkour, OSB No. 941091 Clackamas County Counsel  smadkour@clackamas.us

Scott C. Ciecko, OSB No. 045587 Clackamas County Counsel sciecko@clackamas.us

Shawn A. Lillegren, OSB No. 033750 Clackamas County Counsel slillegren@clackamas.us

Office of Clackamas County Counsel 2051 Kean Road Oregon City Oregon 97045-1819

Phone: (503) 655-8362

ALL Clackamas County Defendants served by way of their Attorney/ Attorneys of record at the addresses so listed above.

As per federal Rule and law TRUE COPIES of this entire Title 18 criminal complaint shall be sent to the following federal officials as well: [Note: This party PAG has honest valid concerns as victim, witness, informant, and now private prosecutor of his and his family body's safety and welfare about handing over copies of this complaint and protection order to the Defendants and their counsel. For the high probability or further retaliatory acts, or their involvement or connection to/with US Deputy Marshal Brian Kelly in or from his actions of which did bring this civil criminal complaint.]

TRUE COPIES SENT TO:

Loretta E. Lynch, Attorney General of the United States of America

US Department of Justice

950 Pennsylvania Ave. NW

Washington, D.C., 20530-0001



Stacy A. Hylton, Director United States Marshals Service

US Department of Justice

950 Pennsylvania Ave. NW

Washington, D.C., 20530-0001

**NOTARY; SEAL OF**

IN THE STATE OF Oregon ,

IN THE COUNTY OF Clackamas , IN THE CITY OF Oregon City ,

I, Kristina Karr , a Public Notary of State of Oregon, thereof do hereby certify the Citizen above named has sworn to the contents of this DOCUMENT, INSTRUMENT, and that same is TRUE AND CORRECT. IN THE TESTIMONY WHEREOF, I have hereto set my hand and affixed the SEAL of NOTARY, in the City of Oregon City , in the County of Clackamas , in the State of Oregon this 12th day of April , A.D. 2016 .

_Kristina Karr_
Signature of Notary

SEAL OF NOTARY

OFFICIAL STAMP
KRISTINA ANN KARR
NOTARY PUBLIC - OREGON
COMMISSION NO. 941304
MY COMMISSION EXPIRES JULY 27, 2019