IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PEOPLE OF THE REPUBLIC OF OREGON, et al.**,

        Plaintiff,

    v.

**BARBIE DOE, et al.,**

        Defendants.

No. 3:16-cv-00109-PK

OPINION AND ORDER

**MOSMAN, J.**,

On October 31, 2016, Magistrate Judge Paul Papak issued his Findings and Recommendation ("F&R") [50], recommending that Defendants' Motion to Dismiss [12] should be GRANTED, Plaintiffs' Motion for Protective Order [17] should be DENIED, and Plaintiffs' Motion for Judgment [43] should be DENIED. Judge Papak also recommended that Plaintiffs' "First Criminal Complaint on Information" [17-1] and "Original Title 18 Criminal Complaint" [18-1] should be DISMISSED. Plaintiffs' filed their Objections to the F&R [56] on December 6, 2016.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and ADOPT the F&R [50] as my own opinion.

IT IS SO ORDERED.

DATED this __9th__ day of February, 2017.

/s/ Michael W. Mosman\
MICHAEL W. MOSMAN\
Chief United States District Judge